No. A–979. YAVITZ *v.* UNITED STATES. Application for stay of order of confinement or for bail pending appeal in the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. 75–628. CRAIG ET AL. *v.* BOREN, GOVERNOR OF OKLAHOMA, ET AL. D. C. W. D. Okla. [Probable jurisdiction noted, 423 U. S. 1047.] Motion to add Donald Basil Bardwell as a party appellant denied.

No. 75–804. FARMER, SPECIAL ADMINISTRATOR *v.* UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 25, ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, 423 U. S. 1086.] Motion to substitute Joy A. Farmer, Special Administrator, as the party petitioner, in place of Richard T. Hill, deceased, granted.

No. 75–946. CITY OF MADISON, JOINT SCHOOL DISTRICT No. 8, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS COMMISSION ET AL. Appeal from Sup. Ct. Wis. [Probable jurisdiction noted, 424 U. S. 941.] Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted.

No. 75–1180. DIVISION OF VOCATIONAL REHABILITATION, DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES OF FLORIDA, ET AL. *v.* THOMAS ET AL., 425 U. S. 937. Motion of counsel for respondent Wilbur Kenyard Thomas for award of attorney's fees denied.

No. 75–1452. KIMBELL, INC., DBA FOODWAY, ET AL. *v.* EMPLOYMENT SECURITY COMMISSION OF NEW MEXICO ET AL. Appeal from Sup. Ct. N. M. The Solicitor General is invited to file a brief in this case expressing the views of the United States.